UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:08-CR-202-F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | |
| | : | ORDER |
| LAWRENCE WOODARD, | : | |
| Defendant. | : | |

It appearing to the Court that during the investigation of the above-captioned case, agents of the Federal Bureau of Investigation seized a Lorcin firearm from the Federal Bureau of Prisons, Butner, North Carolina.

It further appearing to the Court that this case has been fully adjudicated, and the aforementioned item is no longer needed as evidence.

Therefore, it is hereby ordered that the above described item be disposed of, or destroyed by agents of the Federal Bureau of Investigation in accordance with regulations of the Federal Bureau of Investigation.

This the 1st day of May, 2013.

_____
HONORABLE JAMES C. FOX
Senior United States District Court Judge